

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2015

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

**O R D E R**

Appellant Luis Arnaldo Baez filed his brief on March 23, 2015. Baez also filed a motion for leave to file corrected brief and a motion to extend the word count limit. The brief does not comply with Rule 9.4(i)(2)(B) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4(i)(2)(B). Specifically, the brief does exceeds the maximum word count by over 16,000 words.

Therefore, we STRIKE Appellant's brief and DENY both Appellant's motions for leave to file and motion to extend word count. We further ORDER Appellant Luis Arnaldo Baez to file an amended brief within TEN DAYS of the date of this order. **The amended brief must correct all of the violations listed above and fully comply with the applicable rules.** *See, e.g., id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court